**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Roberto Medina Flores v. The State of Texas

Appellate case number:    01-20-00213-CR

Trial court case number:   17CR0756

Trial court:             10th District Court of Galveston County

It is ordered that the motion for en banc reconsideration is **DENIED**.

Judge's signature:       /s/ Veronica Rivas-Molloy
                         ☑ Acting for the Court

The en banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  September 13, 2022.